UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALONZO WILLIAMS, Defendant. | Criminal No. 00-349 PAM<br><br>DEFENDANT'S MOTION TO REDUCE SENTENCE |

Alonzo Williams, through his attorney, respectfully moves this Court pursuant to 18 U.S.C. § 3582(c) for an order reducing his term of imprisonment from 140 months to a sentence of 120 months on the grounds that the retroactive amendment to the crack cocaine guideline changes the base offense level in Mr. Williams's case.

On August 31, 2001 Mr. Williams was sentenced by the Court to 140 months, followed by 5 years of supervised release. The Court concluded that Mr. Williams's total offense level was 29 and that his criminal history category was V. Mr. Williams was sentenced at the bottom of his applicable guideline range of 140 to 170 months. Pursuant to the new sentencing guidelines, Mr. Williams should be resentenced at total offense level of 27 which would result in an amended guideline range of 120-150 months. A sentence at the bottom of this range would result in a term of imprisonment of 120 months. Therefore Mr. Williams seeks an ORDER from this Court sentencing him to 120 months.

Dated: June 27, 2008

Respectfully submitted,

*s/Reynaldo A. Aligada, Jr.*

REYNALDO A. ALIGADA, JR.
Attorney ID No. 319776
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415